# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS
### No. 15-1383V
Filed: April 21, 2016
Not to be Published

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

JANET CAKIR, as parent and
guardian of C.A.C., a minor,

      Petitioner,

        v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

      Respondent.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Petitioners' Motion for a
Decision Dismissing the Petition;
Insufficient Proof of Causation; Vaccine
Act Entitlement; Denial Without Hearing

## DECISION

On November 16, 2015, Petitioner filed a Petition for Vaccine Compensation in the National Vaccine Injury Compensation Program ("the Program"),[1] alleging that various vaccinations injured C.A.C. The information in the record, however, does not show entitlement to an award under the Program.

On April 20, 2016, Petitioner moved for a decision dismissing her petition.

Accordingly, **this case is dismissed. The Clerk shall enter judgment accordingly.**

**IT IS SO ORDERED.**

                      George L. Hastings, Jr.
                      Special Master

---

[1] The Program comprises Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755, codified as amended, 42 U.S.C. §§ 300aa-10 *et seq.* (hereinafter "Vaccine Act" or "the Act"). Hereafter, individual section references will be to 42 U.S.C. § 300aa of the Act.